265.40+   **UNCLAIMED FUNDS**

265.40*

R2, 2010, 2010

07-62408    RUDY STAUFFER, II
MICHELLE STAUFFER
CREDITOR DID NOT CASH CHECK
CHECK #450042 FOR $265.40
AMERICAN HOME MORTGAGE SERVICING
PO BOX 631730
IRVING, TX 75063-1730

FILED 2010 SEP -3 PM 12:32

```
     UNITED STATES
     BANKRUPTCY COURT

     Northern District of Ohio
        Canton Division

  R1  —  00060767  —  SESHE

     September 03, 2010 12:34:57

  Code    Case #   Qty     Amount
  UF - UNCLAIMED FUNDS
         07-62408   10    $265.40CK
     Debtor - STAUFFER

  TOTAL  —         $265.40
  TEND   —          265.40
  CHANGE —            0.00

  FROM: TOBY L ROSEN
        121 CLEVELAND AVE SW
        CANTON OH  44702
        330-455-2222
```